In the Court of Criminal Appeals
No. WR-82.010-03

Ex Parte

~~Hernandez~~ Damian Galvan

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

)( In the 415th Judicial
)( District Court
)( Parker County, Texas
)( No. CR13-0075-02

Notice To The Court
of Inmate Petitioner's Response

To the Honorable Judges of said court:

December 8, 2014 Judge Graham Quisenberry "Recommend[ed] Further Fact-Finding" with respect to the matters within the above styled and numbered writ of habeas corpus. The Judge's Recommendation had been filed December 22, 2014 with the Parker County District Clerk. However, no order had been issued for further fact-finding. See, e.g., Texas Code of Criminal Procedure Article 11.07 § 3(d). Additionally, the judge has not made a final determination with respect to the matters within the application for writ of habeas corpus for the Inmate Petitioner, nor the defendant, has received copy of the Judge's Final Findings of Fact and Conclusions of Law.

Therefore, notice is hereby given that on January 1, 2015 Ruben Guerrero, TDCJ-ID #1636715, Inmate Petitioner, submitted a pleading titled "Inmate Petitioner's Response to State Habeas Court's Recommendation for Further Fact-Finding", with an affidavit in support from the defendant, to the 415th Judicial District Court of Parker County, Texas.

Signed this 13 day of January, 2015.

Ruben Guerrero #1635715
Inmate Petitioner
Alfred D. Hughes Unit
Route 2, Box 4400
Gatesville, Texas 76597